UNITED STATES OF AMERICA, Appellant, v. MARK EZEKIELS et al., Appellees.    (Civil No. 223.)

APPEAL from the District Court of the First Judicial District in and for the County of Pima.

O. T. Rouse, U. S. Dist. Atty., for Appellant.

T. D. Satterwhite, for Appellees.

March 3, 1888.   On motion of United States District Attorney, defendants and appellees consenting thereto, judgment was entered in favor of the United States.

---

BENONI BLACKMORE, Appellee, v. JAMES REILLY, Appellant.    (Civil No. 219.)

(S. C. 17 Pac. 72.)

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

James Reilly and Thomas Mitchell, for Appellant.

Geo. G. Berry, for Appellee.

PER CURIAM.   This case is the same as the Town-Site Cases in 2 Ariz. 272, 15 Pac. Rep. 26, and upon the authority of those cases the judgment will be reversed and the case remanded.

Wright, C. J., and Porter and Barnes, JJ., concur.

(Opinion filed March 16, 1888.)